IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 JUN -1 PM 3:11
CLERK J. Hodge
SO. DIST. OF GA.

| | |
|---|---|
| WILLIAM DAVID CREECH and BARBARA CREECH, *<br>*<br>Plaintiffs, *<br>*<br>v. *<br>*<br>C.R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, *<br>*<br>*<br>Defendants. * | CV 119-155 |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal without prejudice. (Doc. 23.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 1ST day of June, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA